IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01204-AP

CAROL LANG,

                Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
ELLIOT L. BLOODSWORTH
Dawes and Harriss, P.C.
572 E. Third Avenue
Durango, CO   81301
(970) 247-4411
E-mail: elliot.bloodsworth@dawesandharriss.com

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Email: tom.kraus@ssa.gov

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** June 22, 2006

**B. Date Complaint Was Served on U.S. Attorney's Office:** July 3, 2006

**C. Date Answer and Administrative Record Were Filed:** September 1, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.
Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff does not intend to submit additional evidence.
Defendant does not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.
Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

Plaintiff and Defendant have no other matters to bring to the attention of the court.

## 8. PROPOSED BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:** October 26, 2006

**B. Defendant's Response Brief Due:** December 13, 2006

**C. Plaintiff's Reply Brief (If Any) Due:**   December 28, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**   Plaintiff does not request oral argument.

**B. Defendant's Statement:**   Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.   ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 21st day of September, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

                                                  UNITED STATES ATTORNEY

s/ Elliot L Bloodsworth  
By: ELLIOT L. BLOODSWORTH  
572 East Third Avenue  
Durango, CO 81301  
(970) 247-4411 (telephone)  
elliot.bloodsworth@dawesandharriss.com  

Attorney for Plaintiff

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone:  (303) 844-0017  
tom.kraus@ssa.gov  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant(s)