IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01204-MSK

CAROL LANG,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS AND GRANTING FREE TRANSCRIPT

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in this court in this action. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the Court cannot say that the appeal is not taken in good faith, and therefore, the Plaintiff is authorized to proceed in forma pauperis on appeal.

Pursuant to 28 U.S.C. § 753(f), the Court finds that the appeal is not frivolous. Accordingly, the Plaintiff is entitled to have the transcript of this proceeding provided free, the cost to be borne by the United States.

Dated this 21st day of December, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge