IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01204-MSK

CAROL LANG,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.
_____

## ORDER
_____

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act **(#40)**,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff is awarded EAJA attorney fees in the amount of $7,500.00, to be made payable to Plaintiff, Carol Lang, and mailed to counsel of record.

DATED this 1st day of April, 2008.

        **BY THE COURT:**

        *[signature: Marcia S. Krieger]*
        _____
        Marcia S. Krieger
        United States District Judge